# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP WORLD ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00686-DAD-BAK<br><br>ORDER REQUIRING PLAINTIFF TO FILE REPORT ON STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

A scheduling order is currently set for June 14, 2022, in this matter. (ECF No. 30.) On March 30, 2022, the District Judge denied Defendant's motion to stay without prejudice. (ECF No. 31.) The Court noted that since August 31, 2021, when Defendant filed a notice of its suspended tax status in California, Defendant had not filed any other update as to the status of Defendant's ability to defend this action. (Id.) Accordingly, given Defendant does not currently have the capacity to defend itself and has not revived its capacity, the Court shall order Plaintiff to file a status report indicating the parties' readiness to proceed into the scheduling conference.

///
///
///
///
///

1

Accordingly, IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall file a status report regarding the status of this action.

IT IS SO ORDERED.

Dated: __**May 31, 2022**__

UNITED STATES MAGISTRATE JUDGE