# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP WORLD ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00686-DAD-BAK<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 18, 2022 AT 10:00 A.M. |

A scheduling conference is currently set for June 14, 2022, in this matter. (ECF No. 30.) On March 30, 2022, the District Judge denied Defendant's motion to stay without prejudice. (ECF No. 31.) The Court noted that since August 31, 2021, when Defendant filed a notice of its suspended tax status in California, Defendant had not filed any other update as to the status of Defendant's ability to defend this action. (Id.) Accordingly, given the upcoming scheduling conference, on May 31, 2022, the Court ordered Plaintiff to file a status report concerning readiness for the scheduling conference. (ECF No. 32.) On June 3, 2022, Plaintiff filed a status report indicating the suspended tax status of defendant, and on June 5, 2022, Plaintiff filed a request for entry of default. (ECF Nos. 33, 35.) The Court finds it appropriate to continue the scheduling conference in this action as this case is not in a posture to proceed into scheduling.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for June 14, 2022, is CONTINUED to **October 18, 2022, at 10:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES MAGISTRATE JUDGE