# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP WORLD ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00686-DAD-BAK<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT<br><br>(ECF No. 37) |

　　　Plaintiff filed this action on April 26, 2021, brining claims for violation of the Americans with Disabilities Act, and California's Unruh Civil Rights Act. (ECF No. 1.) On June 2, 2021, Defendant filed an answer. (ECF No. 5.) On August 31, 2021, Defendant filed a notice that its corporate status had been suspended with the California Secretary of State. (ECF No. 19.) On November 11, 2021, pursuant to the Court's granting of leave to amend, Plaintiff filed a first amended complaint. (ECF Nos. 23, 24.) On June 3, 2022, Defendant's counsel filed a notice indicating that Defendant's corporate status has remained in suspended status by the California Secretary of State since August 16, 2021; that the suspended status is still current as of June 3, 2022; and that counsel had been unable to contact the Defendant client for any updated timeline for resolving the suspended status. (ECF No. 33.) On June 5, 2022, Plaintiff filed a request for entry of default, based on the Defendant's failure to file a pleading responsive to the first amended complaint, the operative complaint in this action. (ECF No. 37.) The filed affidavit

additionally describes that Defendant has notified the Court of its suspended corporate status, and that to date, Defendant has not filed proof that the corporate status has been revived. (ECF No. 37-1 at 2.)

On June 22, 2022, counsel for Defendant filed a declaration in response to the Court's order to show cause. (ECF No. 40.) The filing indicates that Defendant's corporate status is still suspended for failure to pay taxes to the California Franchise Tax Board, and that counsel has been unable to obtain an updated timeline from the client regarding resolving the issue.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Given the course of litigation following Defendant's notice, and the most recent response to the order to show cause, it appears Defendant has failed to plead or otherwise defend in this action since its corporate status has been suspended, and the failure has been shown by affidavit.

Accordingly, IT IS HEREBY ORDERED that the Plaintiff's request for entry of default (ECF No. 37) is GRANTED and the Clerk of the Court is DIRECTED to enter default against Defendant JP World Enterprises.

IT IS SO ORDERED.

Dated:   **June 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2