UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP WORLD ENTERPRISES INC.,<br><br>　　　　Defendant. | Case No.  1:21-cv-00686-ADA-CDB<br><br>ORDER REQURING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A MOTION FOR DEFAULT JUDGMENT OR TO DISMISS THE ACTION<br><br>ECF Nos. 41-42, 44<br><br>**SEVEN-DAY DEADLINE** |

　　　On April 26, 2021, Plaintiff Allan Williams ("Plaintiff") filed this action against Defendant Jp World Enterprises Inc. ("Defendant") asserting claims under the Americans with Disabilities Act of 1990 and the Unruh Civil Rights Act.  (ECF No. 1).  On June 6, 2022, Plaintiff filed a request for entry of default as to Defendant.  (ECF No. 37).  On June 23, 2022, the Court granted Plaintiff's request that the Clerk of Court enter a default against Defendant and that same day, the Clerk entered a default against Defendant.  (ECF Nos. 41-42).  On September 29, 2022, the parties were reminded to file either a motion for default judgment or to dismiss the action.  (ECF No. 44).

　　　Obtaining a default judgment entails two steps.  *See UMG Recordings, Inc. v. Stewart*, 461 F. Supp.2d 837, 840 (S.D. Ill. 2006) (*citing* Fed. R. Civ. P. 55).  First, the party seeking a default judgment must file a motion or request for entry of default with the clerk of a district court by

1

demonstrating that the opposing party has failed to answer or otherwise respond to the complaint. *Id*. Second, once the clerk has entered a default, the moving party may then seek entry of a default judgment against the defaulting party. *Id*.

Plaintiff has completed step one of obtaining a default judgment. (*See* ECF Nos. 39, 41-42). However, despite the Court's reminder more than three months after the entry of default (ECF No. 44), Plaintiff has failed to complete the second step, to wit, filing a motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that within seven days of entry of this order, Plaintiff shall show cause in writing why sanctions should not be imposed for Plaintiff's failure to prosecute his case. Plaintiff may comply with this order by filing either (1) a report outlining the status of filing a motion for default judgment, including a timeline estimating when such a motion is expected to be filed, or (2) a motion for default judgment.

IT IS SO ORDERED.

Dated:   **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE

2